UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rodolfo RODRIGUEZ RODRIGUEZ,<br><div align="right">Petitioner,</div><br>v.<br><br>Christopher J. LAROSE, et al.,<br><br><div align="right">Respondents.</div> | Case No.:  25-cv-3306-AGS-AHG<br><br>**ORDER GRANTING HABEAS PETITION (ECF 1)** |

For the reasons stated on the record at the January 7 and January 22, 2026 hearings, petitioner's petition for a writ of habeas corpus is **GRANTED**. Respondents are ordered to immediately release petitioner from custody subject to the conditions of his supervised release that were in place before his August 2025 arrest. All pending deadlines and hearings before this Court are vacated.

Dated:  January 27, 2025

_____

Hon. Andrew G. Schopler
United States District Judge

1

25-cv-3306-AGS-AHG